

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

Honorable Conn F. Isaacs
County Auditor
Milam County
Cameron, Texas

Dear Sir:

Opinion No. O-1705
Re: Construction of Article
7345b, Section 6, Vernon's
Annotated Civil Statutes, as
pertains to court costs in
delinquent tax suits

    We acknowledge receipt of your request of November 20, 1939, for an opinion relative to the charging of court costs in suits for delinquent taxes as provided in Article 7345b, Section 6, Vernon's Annotated Civil Statutes.

    In your request you state that it has been necessary to secure chain of title in each suit filed, showing the amount of delinquent taxes, description of the land, how it was charged upon the tax rolls, the name of the owner or owners of the property, record lien holders, etc. You also advise that to secure this information it has been necessary to employ local abstracters.

    Your question is stated as follows:

    "Please give me your opinion as to whether or not, under the facts heretofore mentioned, it is proper to include as court costs the reasonable expenses for procuring data and information as to the name, identity, location and nec-

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

essary parties and necessary legal description of the property."

You are advised that Article 7345b, Section 6, Vernon's Annotated Civil Statutes, provides that such reasonable expenses as the taxing units may incur in procuring data and information as to the name, identity and location of necessary parties, and in procuring necessary legal descriptions of the property, shall be chargeable as court costs.

Therefore, it is our opinion that any reasonable expenses in procuring the above information may be charged as court costs in each tax suit. However, the question as to just what data and information are necessary, and what the reasonable expense thereof would be is a question of fact.

Trusting that the foregoing fully answers your inquiry, we are,

Yours very truly

ATTORNEY GENERAL OF TEXAS

BY Richard H. Cooke
Richard H. Cooke
Assistant

RHC:LM

APPROVED
OPINION
COMMITTEE
BY _____
CHAIRMAN

DEC 14, 1939